UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dewayne Dickerson,<br><br>              Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>              Defendants. | No.  1:25-cv-00927-GSA<br><br>**ORDER EXTENDING PLAINTIFF'S SUMMARY JUDGMENT  DEADLINE**<br><br>(ECF No. 10) |

Plaintiff filed an ex parte motion for an extension due to health problems.   Defense counsel is unavailable due to a furlough.  Good cause appearing, it is ORDERED that Plaintiff's motion is GRANTED Plaintiff's deadline to file a motion for summary judgment is extended to and including December 11, 2025.

IT IS SO ORDERED.

Dated:   **October 27, 2025**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1