UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE DICKERSON, | No. 1:25-cv-927-GSA |
| Plaintiff, | ORDER GRANTING PLAINIFF'S EXTENSION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

As stipulated, it is **ORDERED** that Plaintiff's deadline to file his Motion for Summary Judgment (formerly known an opening brief; See Scheduling order at 2, ECF No. 3) is extended 30 days to January 12, 2026.


IT IS SO ORDERED.

Dated:   **December 10, 2025**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

1