ERIC GRANT
United States Attorney
MATTHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4846
  Facsimile: (415) 744-0134
  Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ROBERT DEWAYNE DICKERSON, | ) | No. 1:25-cv-00927-GSA |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION TO VOLUNTARY** |
| | ) | **REMAND PURSUANT TO** |
| v. | ) | **SENTENCE FOUR OF 42 U.S.C.** |
| | ) | **§ 405(g) AND TO ENTRY OF** |
| FRANK BISIGNANO, | ) | **JUDGMENT; ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

  IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to a different administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the opinion evidence; reevaluate Plaintiff's residual functional capacity; obtain supplemental vocational evidence as required; and take further action, as warranted, to complete the administrative record.

-1-

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 27, 2026                    Forslund Law LLC

                                            By:    */s/ \* Jacqueline A. Forslund*
                                                    JACQUELINE A. FORSLUND
                                                    *\* Authorized via email on February 26, 2026*
                                                    Attorney for Plaintiff

Dated: February 27, 2026                    ERIC GRANT
                                            United States Attorney

                                            By:    */s/ Sathya Oum*
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant


## ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:    **March 4, 2026**                         **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

-2-